UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: CARRARA, BRIAN J., JR. | § | Case No. 10-00098 |
| CARRARA, GINA M. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/22/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 06/03/2011          By: /s/BRADLEY J. WALLER
                                        Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CARRARA, BRIAN J., JR. § Case No. 10-00098
CARRARA, GINA M. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*       $    16,765.32

*and approved disbursements of*             $         0.00

*leaving a balance on hand of* [1]          $    16,765.32

**Balance on hand:**                        $    16,765.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:      $         0.00
Remaining balance:                          $    16,765.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 2,426.53 | 0.00 | 2,426.53 |
| Trustee, Expenses - BRADLEY J. WALLER | 100.00 | 0.00 | 100.00 |

Total to be paid for chapter 7 administration expenses:     $     2,526.53
Remaining balance:                                          $    14,238.79

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,238.79

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $79,487.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Internal Revenue Service | 69,000.00 | 0.00 | 12,360.13 |
| 11P | Illinois Department of Revenue | 4,822.51 | 0.00 | 863.87 |
| 12 | State of Wisconsin,DWD-UI | 348.39 | 0.00 | 62.41 |
| 13P | Wisconsin Dept of Revenue | 733.32 | 0.00 | 131.36 |
| 17P-2 | Missouri Department of Revenue | 4,583.29 | 0.00 | 821.02 |

Total to be paid for priority claims: $ 14,238.79
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 906,889.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CIT Technology Financing Services Inc | 1,900.40 | 0.00 | 0.00 |
| 3 | CIT Technology Financing Services Inc | 2,955.04 | 0.00 | 0.00 |
| 4 | CIT Technology Financing Services Inc | 5,046.60 | 0.00 | 0.00 |
| 5 | Quill | 2,788.06 | 0.00 | 0.00 |
| 7 | Commonwealth Land Title Ins | 173,258.01 | 0.00 | 0.00 |
| 8 | Fidelity Nat'l Title Insurance | 248,025.11 | 0.00 | 0.00 |
| 9 | Spectrum Development Group LLC | 4,999.99 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | Unlimited Graphix | 5,077.96 | 0.00 | 0.00 |
| 11U | Illinois Department of Revenue | 767.51 | 0.00 | 0.00 |
| 13U | Wisconsin Dept of Revenue | 642.85 | 0.00 | 0.00 |
| 15 | Discover Bank | 19,320.10 | 0.00 | 0.00 |
| 16 | U.S. Bank N.A. | 159.19 | 0.00 | 0.00 |
| 17U-2 | Missouri Department of Revenue | 768.85 | 0.00 | 0.00 |
| 18 | Bruce H Matson, LFG Trustee (LeClairRyan) | 444,150.22 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1             User: cmcmullen            Page 1 of 1             Date Rcvd: Jan 05, 2010
Case: 10-00098                   Form ID: b9a               Total Noticed: 17

The following entities were noticed by first class mail on Jan 07, 2010.
db/jdb         +Brian J. Carrara, Jr.,    Gina M. Carrara,     11278 Laura Lane,    Frankfort, IL 60423-8195
aty            +Barbara L Yong,    Golan & Christie LLP,    70 W Madison    Suite 1500,    Chicago, IL 60602-4265
tr             +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
14924356        Brian Carrera Sr. w/Credit Union,    10624 Lavergne Ave,    Oak Lawn, IL 60453-5132
14924357        Capital One Bank, N.A.,     P.O. Box 6492,    Carol Stream, IL 60197-6492
14924360       +Curtis D. Newsom,    CDN Appraisal, Ltd.,    21949 Pembrook Drive,    Frankfort, IL 60423-8099
14924362      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,     5050 Kingsley,    1MOC2J,    Cincinnati, OH 45263)
14924365        GMAC Financial Services,    P.O. Box 9001951,    Payment Processing Center),
                Louisville, KY 40290-1951
14924366       +LandAmerica Finacial Group,    Attn: Jeff Vaughan,    5600 Cox Rd,    Glen Allen, VA 23060-9266
14924368       +Residential Title Services,    1910 S. Highland Ave,    Suite 202,    Lombard, IL 60148-6163
14924369       +State Farm Insurance,    8651 W. Lincoln Hwy.,    Frankfort, IL 60423-9421
14924371        Sun Trust Mortgage,    P.O. Box 26149,    Richmond, VA 23260-6149
14924372       +Village of Frankfort,    432 West Nebraska Street,    Frankfort, IL 60423-4001
14924373        Visa,   P.O. Box 4521,    Carol Stream, IL 60197-4521
The following entities were noticed by electronic transmission on Jan 05, 2010.
14924361        EDI: DISCOVER.COM Jan 05 2010 19:03:00      Discover,   P.O. Box 30943,    Salt Lake City, UT 84130
14924363        EDI: FORD.COM Jan 05 2010 19:08:00      Ford Motor Credit Company,   PO Box 6508,
                Mesa, AZ 85216-6508
14924365        EDI: GMACFS.COM Jan 05 2010 19:03:00      GMAC Financial Services,   P.O. Box 9001951,
                Payment Processing Center),    Louisville, KY 40290-1951
14924367        E-mail/Text: bankrup@nicor.com                            Nicor Gas,   P.O. Box 2020,
                Aurora, IL 60507-2020
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14924355        AT&T
14924358        Com Ed
14924359        Comcast
14924370        State Farm Insurance Companies
14924364*      +Gina M. Carrara,    11278 Laura Lane,    Frankfort, IL 60423-8195
                                                                                              TOTALS: 4, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2010                    Signature:    *Joseph Speetjens*