UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: CARRARA, BRIAN J., JR. | § | Case No. 10-00098 |
| CARRARA, GINA M. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/22/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 06/03/2011        By: /s/BRADLEY J. WALLER
                                                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CARRARA, BRIAN J., JR. § Case No. 10-00098
      CARRARA, GINA M. §
    §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 16,765.32 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of* [1] | $ | 16,765.32 |
| **Balance on hand:** | $ | 16,765.32 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 16,765.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 2,426.53 | 0.00 | 2,426.53 |
| Trustee, Expenses - BRADLEY J. WALLER | 100.00 | 0.00 | 100.00 |

Total to be paid for chapter 7 administration expenses: $ 2,526.53
Remaining balance: $ 14,238.79

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,238.79

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $79,487.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Internal Revenue Service | 69,000.00 | 0.00 | 12,360.13 |
| 11P | Illinois Department of Revenue | 4,822.51 | 0.00 | 863.87 |
| 12 | State of Wisconsin, DWD-UI | 348.39 | 0.00 | 62.41 |
| 13P | Wisconsin Dept of Revenue | 733.32 | 0.00 | 131.36 |
| 17P-2 | Missouri Department of Revenue | 4,583.29 | 0.00 | 821.02 |

Total to be paid for priority claims: $ 14,238.79
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 906,889.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CIT Technology Financing Services Inc | 1,900.40 | 0.00 | 0.00 |
| 3 | CIT Technology Financing Services Inc | 2,955.04 | 0.00 | 0.00 |
| 4 | CIT Technology Financing Services Inc | 5,046.60 | 0.00 | 0.00 |
| 5 | Quill | 2,788.06 | 0.00 | 0.00 |
| 7 | Commonwealth Land Title Ins | 173,258.01 | 0.00 | 0.00 |
| 8 | Fidelity Nat'l Title Insurance | 248,025.11 | 0.00 | 0.00 |
| 9 | Spectrum Development Group LLC | 4,999.99 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | Unlimited Graphix | | 0.00 | 0.00 |
| 11U | Illinois Department of Revenue | 767.51 | 0.00 | 0.00 |
| 13U | Wisconsin Dept of Revenue | 642.85 | 0.00 | 0.00 |
| 15 | Discover Bank | 19,320.10 | 0.00 | 0.00 |
| 16 | U.S. Bank N.A. | 159.19 | 0.00 | 0.00 |
| 17U-2 | Missouri Department of Revenue | 768.85 | 0.00 | 0.00 |
| 18 | Bruce H Matson, LFG Trustee (LeClairRyan) | 444,150.22 | 0.00 | 0.00 |

                      Total to be paid for timely general unsecured claims:    $    0.00
                      Remaining balance:    $    0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                      Total to be paid for tardy general unsecured claims:    $    0.00
                      Remaining balance:    $    0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                      Total to be paid for subordinated claims:    $    0.00
                      Remaining balance:    $    0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cmcmullen         Page 1 of 1           Date Rcvd: Jan 05, 2010
Case: 10-00098                Form ID: b9a            Total Noticed: 17

The following entities were noticed by first class mail on Jan 07, 2010.
db/jdb         +Brian J. Carrara, Jr.,    Gina M. Carrara,    11278 Laura Lane,    Frankfort, IL 60423-8195
aty            +Barbara L Yong,    Golan & Christie LLP,    70 W Madison    Suite 1500,    Chicago, IL 60602-4265
tr             +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
14924356        Brian Carrera Sr. w/Credit Union,    10624 Lavergne Ave,    Oak Lawn, IL 60453-5132
14924357        Capital One Bank, N.A.,    P.O. Box 6492,    Carol Stream, IL 60197-6492
14924360       +Curtis D. Newsom,    CDN Appraisal, Ltd.,    21949 Pembrook Drive,    Frankfort, IL 60423-8099
14924362      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,    5050 Kingsley,    1MOC2J,    Cincinnati, OH 45263)
14924365        GMAC Financial Services,    P.O. Box 9001951,    Payment Processing Center),
                 Louisville, KY 40290-1951
14924366       +LandAmerica Finacial Group,    Attn: Jeff Vaughan,    5600 Cox Rd,    Glen Allen, VA 23060-9266
14924368       +Residential Title Services,    1910 S. Highland Ave,    Suite 202,    Lombard, IL 60148-6163
14924369       +State Farm Insurance,    8651 W. Lincoln Hwy.,    Frankfort, IL 60423-9421
14924371        Sun Trust Mortgage,    P.O. Box 26149,    Richmond, VA 23260-6149
14924372       +Village of Frankfort,    432 West Nebraska Street,    Frankfort, IL 60423-4001
14924373        Visa,    P.O. Box 4521,    Carol Stream, IL 60197-4521
The following entities were noticed by electronic transmission on Jan 05, 2010.
14924361        EDI: DISCOVER.COM Jan 05 2010 19:03:00     Discover,    P.O. Box 30943,    Salt Lake City, UT 84130
14924363        EDI: FORD.COM Jan 05 2010 19:08:00     Ford Motor Credit Company,    PO Box 6508,
                 Mesa, AZ 85216-6508
14924365        EDI: GMACFS.COM Jan 05 2010 19:03:00     GMAC Financial Services,    P.O. Box 9001951,
                 Payment Processing Center),    Louisville, KY 40290-1951
14924367        E-mail/Text: bankrup@nicor.com                           Nicor Gas,    P.O. Box 2020,
                 Aurora, IL 60507-2020
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14924355        AT&T
14924358        Com Ed
14924359        Comcast
14924370        State Farm Insurance Companies
14924364*      +Gina M. Carrara,    11278 Laura Lane,    Frankfort, IL 60423-8195
                                                                                              TOTALS: 4, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2010          Signature:    *Joseph Speetjens*

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                         Case No. 10-00098-BWB
Brian J. Carrara                                                               Chapter 7
Gina M. Carrara
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: ahamilton              Page 1 of 6                   Date Rcvd: Jun 17, 2011
                               Form ID: pdf006              Total Noticed: 263

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2011.
db/jdb       +Brian J. Carrara, Jr.,    Gina M. Carrara,    11278 Laura Lane,    Frankfort, IL 60423-8195
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
15045690      1000 East Woodfield Assoc LLC,    One Woodfield Lake CFE001,    POB 6105,
               Hicksville, NY 11802-6105
15045692     +11004 S Cicero Ave LLC,    c/o George C Rantis Esq,   55 W 22nd St, #109,    Lombard, IL 60148-4801
15045691     +11004 S Cicero Ave LLC,    7719 W Belmont Avenue,   Elmwood Park, IL 60707-1005
15045693     +20 North Clark Street LLC,    c/o Hamilton Partners Inc A/R,   300 Park Blvd, #500,
               Itasca, IL 60143-2635
15045694     +3077 Spectrum LLC,   c/o MLG Management,    13400 Bishops Ln #100,    Brookfield, WI 53005-6237
15045695     +4544 Partners LLC,   4544 W 103rd St,   Oak Lawn, IL 60453-4865
15045696     +A-Tech,   POB 807,   Mount Prospect, IL 60056-0807
15045699      ACS Title Records Corp,    POB 201322,   Dallas, TX 75320-1322
14924355     +AT&T,   POB 8212,   Aurora, IL 60572-8212
15045713     +AT&T,   POB 930170,   Dallas, TX 75393-0001
15045714      AT&T,   POB 9301310,   Louisville, KY 40290
15045715     +AT&T Internet Services,    POB 650396,   Dallas, TX 75265-0396
15045716     +AT&T Managed Internet Service,    POB 277109,   Atlanta, GA 30384-7109
15045698     +Access Title Company Inc,    205 W Cherry Street,   Lancaster, WI 53813-1630
15045700     +Air Baud,   8250 Utah Street,    Merrillville, IN 46410-6578
15045701     +All My Sons of Milwaukee,    6204 Ace Industrial Drive,    Cudahy, WI 53110-2868
15045702     +Alphagraphics,   18W100 22nd Street,    Ste 103-B,   Oakbrook Terrace, IL 60181-4798
15045703     +Alta Title Co LLC,    2522 Golf Rd #3,   Eau Claire, WI 54701-6033
15045704      Amerenue,   POB 66529,   Saint Louis, MO 63166-6529
15045710     +AmeriTitle & Abstract Inc,    POB 383,   Crandon, WI 54520-0383
15045705     +American Arbitration Association,    6795 N Palm Avenue, 2nd fl,    Fresno, CA 93704-1088
15045708      American Best Value Inn,    c/o Innworks Attn Direct Bill,    1611 W County Rd B #200,
               Roseville, MN 55113-4059
15045706      American Express,    POB 0001,   Los Angeles, CA 90096-0001
15045707     +American Express Business Finance,    600 Travis St, Ste 1300,   Houston, TX 77002-3029
15045709     +American of Shawano,    POB 10008,   Green Bay, WI 54307-0008
15046937     +Andrew Furman,    13356 Millbank Dr,   Plainfield, IL 60585-5378
15045711     +Aramark Refreshment Services,    2885 S 171st Street,   New Berlin, WI 53151-3511
15045712     +Ask Services Inc,    POB 871280,   Canton, MI 48187-6280
15045676      Assessors Office Rm #102,    110 N Jefferson St,   Green Bay, WI 54301
15045717     +At&T Mobility,   POB 6463,    Carol Stream, IL 60197-6463
15045719     +Attorneys Title Insurance Fund,    POB 8100,   Aurora, IL 60507-8100
15045720     +Attorneys’ Title Insurance Fund,     6545 Corporate Centre Blvd,   Orlando, FL 32822-1548
15045732     +BMT Leasing Inc,    c/o Barbara Lanza Farley,    POB 53659,   Philadelphia, PA 19105-3659
15045738     +BYRD Mobile Notary Inc,    6710 Lake Cove Ct,   Suffolk, VA 23435-2933
15045721      Bandwidth.com,   Dept CH 17337,   Palatine, IL 60055-7337
15045722     +Bank of America,    c/o Processing Center,    Des Moines, IA 50363-0001
15045723     +Bank of America & Bank of New York,    500 N Michigan,   Chicago, IL 60611-3777
15045725     +Bank of America NA,    500 N Michigan,   Chicago, IL 60611-3777
15045724     +Bank of America fka,    Creditor Interchange,   80 Holtz Dr,   Buffalo, NY 14225-1470
15045727     +Belpro Fire Specialists Inc,    W1796 Elk Lane,   Kaukauna, WI 54130-7101
15045728     +Best Western,    7220 122nd Ave,   Kenosha, WI 53142-7313
15045729     +Best Western Campus Inn,    815 Park Ave,   Beaver Dam, WI 53916-2205
15045730      Bi-State Industries Inc,    105 Concord Plaza, Ste 211,   Saint Louis, MO 63128
15045731     +Blanca Corral,   7743 Mount Drive,    schereville, IN 46375-3379
15045733     +Bradley & Lori Emmert,    c/o Rollie Hanson,    10150 West National Ve, #370,
               West Allis, WI 53227-2152
15046938      Brian Carrara Sr,    10624 Lavergne Ave,   Oak Lawn, IL 60453-5132
14924356      Brian Carrera Sr. w/Credit Union,    10624 Lavergne Ave,   Oak Lawn, IL 60453-5132
16020234     +Bruce H Matson, LFG Trustee (LeClairRyan),     Riverfront Plza, East Twr,    951 E Byrd St, 8th fl,
               Richmond, VA 23219-4055
15045736     +Bud Alamprese,    c/o Thomas M Breen, Esq,    619 S Addison Rd,   Addison, IL 60101-4655
15045737     +Business Only Broadband,    777 Oakmont Lane,   Ste 2000,   Westmont, IL 60559-5504
15045863     ++CINTAS DOCUMENT MANAGEMENT,    10801 KEMPWOOD DR STE 4,   HOUSTON TX 77043-1414
               (address filed with court: Cintas Document Management,     POB 633842,   Cincinnati, OH 45263-3842)
15230555     +CIT Technology Financing Services Inc,    Bankruptcy Processing Solutions Inc,
               800 E Sonterra Blvd, Ste 240,    San Antonio, TX 78258-3941
15045868     +CNA Surety,   8137 Innovation Way,    Chicago, IL 60682-0081
15045878     +CYMA,   2330 W University, Ste 7,   Tempe, AZ 85281-7294
15045859     +Capital Newspapers,    POB 8759,   Madison, WI 53708-8759
14924357      Capital One Bank, N.A.,    P.O. Box 6492,   Carol Stream, IL 60197-6492
15045860      Chicago Title Insurance Co,    POB 987,   Waukesha, WI 53187-0987
15045861      Chicago Title Insurance Company,    c/o Richard L Zaffiro,    4261 N 92nd St,
               Milwaukee, WI 53222-1617
15045862     +Cintas Document Management,    POB 5007,   De Pere, WI 54115-5007
15045865     +Citadel Information Management,    829 Blackhawk Dr,   Westmont, IL 60559-1119
15045866     +Citi Cards,   Processing Center,    Des Moines, IA 50363-0001
15045677     +City of Madison,    Attn Treasurer’s Office,    POB 2999,   Madison, WI 53701-2999
```

```
District/off: 0752-1          User: ahamilton             Page 2 of 6                  Date Rcvd: Jun 17, 2011
                              Form ID: pdf006             Total Noticed: 263

15045678      +City of West Allis,    Attn Treasurer's Office,    7525 W Greenfield Ave,
                West Allis, WI 53214-4688
15045867      +Clausen Miller PC,    10 S LaSalle,    Chicago, IL 60603-1098
14924359       Comcast Cable,    POB 3001,    SouthEastern, PA 19398-3001
15045870      +Comfort Inn,    77 Holiday Lane,    Fond Du Lac, WI 54937-9143
15045871      +Commonwealth Land Title Ins,    Eric J Malnar/Stahl Cowen,    55 West Monroe, Ste 1200,
                Chicago, Il 60603-5127
15045872      +Commonwealth Ld Title Ins Prem/Fidelity Nat'l,    c/o Stahl Cowen Crowley Addis/S Derousse,
                55 W Monroe, Ste 1200,    Chicago, IL 60603-5127
15045873      +Corporate Business Systems,    6300 Monona Drive,    Madison, WI 53716-3977
15045874      +Country Inns & Suites,    2000 Gateway Ct,    West Bend, WI 53095-8535
15045876      +Culligan Water Conditioning Co,    8911 Veterans Memorial Pkwy,    O Fallon, MO 63366-3093
15045877       Culligan Water of St Louis,    22380 Cassens Dr,    Fenton, MO 63026
14924360      +Curtis D. Newsom,    CDN Appraisal, Ltd.,    21949 Pembrook Drive,    Frankfort, IL 60423-8099
15045889       DRA-CLP CP TAMPA LLC,    c/o J Gundlach/Trenam Kemker etc,    Office Box 1102,
                Tampa, FL 33601-1102
15045890       DRA/CLP Bayside Tampa LLC,    POB 933831,    Atltanta, GA 31193-3831
15045881       Days Inn - Johnson Creek,    W 4545 Linmar Lane,    Johnson Creek, WI 53038
15045882      +Dean Insurance Co,    230 N Westmonte Dr, #2100,    Altamonte Springs, FL 32714-0609
15045883       Delage Landen Financial Services,    c/o W Callahan/Flamm Boroff Bacine,    Blue Bell, PA 19422
15045884      +Deluxe Business Forms,    POB 742572,    Cincinnati, OH 45274-2572
15045679       Dept of Workforce Development,    Div of Unemployment Insurance,    POB 78960,
                Milwaukee, WI 53278-0960
15045885      +Desmond & Ahren,    10827 S Western Ave,    Chicago, IL 60643-3299
15045886      +DirecTV,   POB 60036,    Los Angeles, CA 90060-0036
15045888      +Document Imaging Services,    Attn: Jim Feeney,    155 Hanley Industrial Ct,
                Saint Louis, MO 63144-1516
15045891      +Dunn County Abstract & Title,    815 7th St,    Menomonie, WI 54751
15045895      +EGP Inc,    POB 1363,    Orlando, FL 32802-1363
15045892      +Eagle Research Group Inc,    1906 Winged Foot Dr,    Nixa, MO 65714-9466
15045893      +Eagle Title Co,    POB 160,    Coon Valley, WI 54623-0160
15046156     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,     1701 W Golf Rd,    1MOC2A,
                Rolling Meadows, IL 60008)
15045674     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,     5050 Kingsley,    1MOC2J,    Cincinnati, OH 45263)
15045897      +Federal Express VT RTS-NLS,    POB 94515,    Palatine, IL 60094-4515
15045900      +Fidelity Nat'l Title Insurance,    c/o R Damashek/Stahl Cowen Crowley,    55 W Monroe, Ste 1200,
                Chicago, IL 60603-5127
15045899       Fidelity Nat'l Title Insurance,    c/o Robert Berger/Schiff Hardin LLP,
                6600 Sears Tower/233 S Wacker Dr,    Chicago, IL 60606
15045898      +Fidelity National Title Ins Co FL,    2400 Maitland Center Pkwy,    Ste 210,
                Maitland, FL 32751-7441
15045901      +Fidelity Natl Ins Co IN,    Fidelity National Title Group,    1360 E 9th St, Ste 500,
                Cleveland, OH 44114-1728
15045902      +Fidelity Natl Title Ins Co IL & WI,    Fidelity Nat; Title Group,    505 East North Ave,
                Carol Stream, IL 60188-2126
14924362       Fifth Third Bank,    POB 829009,    Dallas. TX 75382-9009
15046159      +First American Real Estate Sol,    POB 847239,    Dallas, TX 75284-7239
15046160      +First American Title Insurance Co,    POB 386,    Waupaca, WI 54981-0386
15046162      +Fitzpatrick Select Services,    3035 N Booth Street,    Milwaukee, WI 53212-2130
15046163      +Flagler Development Company LLC,    c/o WB Gillam/Milam Howard Nicandri,    14 E Bay St,
                Jacksonville, FL 32202-3413
15046164      +Florida Electrical Service,    4151 112th Terrace N,    Clearwater, FL 33762-4937
14924363       Ford Motor Credit Company,    PO Box 6508,    Mesa, AZ 85216-6508
15004053      +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
15046165      +Fox Signing Services,    1239 Merchant St,    Ambridge, PA 15003-2278
14924365       GMAC Financial Services,    P.O. Box 9001951,    Payment Processing Center),
                Louisville, KY 40290-1951
15046166      +George C Rantis,    55 W 22nd Street #109,    Lombard, IL 60148-4801
15046168      +Global Linking Solutions,    POB 410743,    Charlotte, NC 28241-0743
15046169      +Global Services,    POB 3009,    Houston, TX 77253-3009
15046170      +Global Services,    10688 Haddington Drive,    Houston, TX 77043-3229
15046171      +Grand Park Management Corp,    POB 404,    Valparaiso, IN 46384-0404
15046172      +Grand Park Management Corp,    c/o Megan L Ward, Esq,    8927 Broadway, Ste A,
                Merrillville, IN 46410-7039
15046173      +Green Lake Title & Abstract Co,    POB 510,    Green Lake, WI 54941-0510
15046177      +HQ Global Workplaces,    1800 Pembrook Dr #300,    Orlando, FL 32810-6378
15046178       HSW Associates Inc,    5018 N Clark Ave,    Tampa, FL 33614-6532
15046175       Hinckley Springs,    POB 660579,    Dallas, TX 75266-0579
15046176      +Home Owner Publications,    10936 N Port Washington Rd,    Ste 132,    Mequon, WI 53092-5031
15045680      +IL Dept of Employment Security,    POB 19300,    Springfield, IL 62794-9300
15045684     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     Kansas City, MO 64999)
15752594       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
15045681       Illinois Dept of Revenue,    POB 19447,    Springfield, IL 62719-0001
15046179      +Impact Networking,    953 Northpoint Blvd,    Waukegan, IL 60085-8214
```

```
District/off: 0752-1          User: ahamilton            Page 3 of 6            Date Rcvd: Jun 17, 2011
                              Form ID: pdf006            Total Noticed: 263

15046180     +Information Services of IL,   Attn: Accounting Dept,   1980 Post Oak Blvd #1010,
               Houston, TX 77056-3899
15541378      Internal Revenue Service,   PO Box 970028,   Saint Louis, MO 63197-0028
15046181     +James Long-Grande Market 5793,   5735 W Spencer St,   Appleton, WI 54914-9115
15046183     +John McDonald,   c/o David T Street, Esq,   1051 N Harrison Ave,   Saint Louis, MO 63122-2612
15046185     +Juan Oblitas,   c/o William Kevin Russell,   14295 Tamiami Trail,   North Port, FL 34287-2215
15046186     +K&L Gates,   1601 K Street NW,   Washington, DC 20006-1682
15046187     +Kane County Treasurer,   719 Batavia Ave, Bldg A,   Geneva, IL 60134-3079
15046188      Kendall County Recorder,   11 W Fox Street,   Yorkville, IL 60560
15046189     +Kenosha Co Register of Deeds,   1010 56th Street,   Kenosha, WI 53140-3765
15046939      Kevin Murphy,   10769 Cambria Ct,   Huntley, IL 60142-4049
15046190     +Key Equipment Finance,   11030 Circle Point Road, 2nd fl,   Westminster, CO 80020-2775
15046191     +King Klean,   5017 Amy Dr,   Crystal Lake, IL 60014-6305
15046192      Laclede Gas Company6,   Drawer 2,   Saint Louis, MO 63171-0001
15046193     +Lake County Recorder,   18 N County St,   Lake County Bldg,   Waukegan, I  60085-4304
15045685     +Lake County Treasurer,   2293 N Main St,   Crown Point, IN 46307-1854
15046196      Laraway Center LLC,   c/o Steven Plato Troy Esq,   5 E VAn BUren St, Ste 306,
               Joliet, IL 60432-4225
15046197     +Law Bulletin,   415 N State St,   Chicago, IL 60654-4674
15046199      Law Offices of Jeffrey Herzog,   3106 Alernate US 19,   Palm Harbor, FL 34683
15046472     +Lawyer's Title Insurance Co,   601 Riverside Ave,   Jacksonville, FL 32204-2901
15046473      Leslie Bishop,   c/o Rodney Salvati,   245 Tamiami Trail,   Venice, FL 34285
15046474      Lombardi Center LLC,   c/o Commercial Horizon Inc,   POB 11237,   Green Bay, WI 54307-1237
15046475     +Madison County Recorder,   157 N Maid, Ste 211,   POB 308,   Edwardsvile, IL 62025-0308
15046476      Marlin Leasing,   POB 13604,   Philadelphia, PA 19101-3604
15046477     +Marlin Leasing Corp,   300 Fellowship Rd,   Mount Laurel, NJ 08054-1727
15046478     +Mastercraft Coffee Service,   507 Busse Rd,   Elk Grove Vilage, IL 60007-2116
15046479     +McDonald Title Company Inc,   POB 630,   Stevens Point, WI 54481-0630
15046480     +McHenry County Recorder,   2200 N Seminary Ave,   Woodstock, IL 60098-2694
15045686     +Mike Hogan, Tax Collector,   231 E Forsyth St, #130,   Jacksonville, FL 32202-3370
15046482      Milwaukee Office Products Inc,   W226 N887 Eastmound Dr,   Waukesha, WI 53186-1678
15045687      Missouri Dept of Labor & IND,   POB 3375,   Jefferson City, MO 65105-3375
15046483     +Monika Barlomiejczuk,   Magic Cleaning Services,   10445 S Mansfield Ave #3A,
               Oak Lawn, IL 60453-4396
15046491      NPSCO,   POB 13007,   Merrillville, IN 46411-3007
15046484     +National Land Title Insurance,   1980 Post Oak Blvd,   Houston, TX 77056-3899
15046485      New Edge Networks Wan,   Unit 47 POB 4800,   Portland, OR 97208
15046486     +New Haven Companies,   POB 7007,   Fredericksburg, VA 22404-7007
15046487      Newitech LLC,   101 S Military Ave, Ste P,   PMB #258,   Green Bay, WI 54303-2409
15046490     +Novusys,   806 Bonnie Brook Dr,   Prospect Heights, IL 60070-1606
15046492      Office Depot Inc,   POB 633211,   Cincinnati, OH 45263-3211
15046493     +On Letterhead,   360 S Reynolds Rd, Ste B,   Toledo, OH 43615-5976
15046494     +Park Plaza at High Crossing LLC,   c/o Ethan Miller/WR Stewart Assoc,   330 E Wilson St, Ste 100,
               Madison, WI 53703-3991
15046495     +Peninsula Title Co,   1242 Green Bay Rd,   Sturgeon Bay, WI 54235-3819
15046496     +Pitney Bowes Bank Inc,   c/o Borst & Collins LLC,   180 N Stetson Ave, Ste 3050,
               Chicago, Il 60601-6718
15046497      Polo Towne Crossing,   c/o Gini Marziani, Davis McGath,   1255 Wacker #1700,   Chicago, IL 60606
15046498      Portable Cooling & Heating,   POB 1152,   Franklin, TN 37065-1152
15046499     +Portage County Title LLC,   2926 Post Road, Ste A,   Stevens Point, WI 54481-6417
15046502     +Progress Energy,   POB 33199,   Saint Petersburgm FL 33733-8199
15046503      Promo Hagen,   POB 527,   Port Washington, WI 53074-0527
15046504      Property Info,   POB 974587,   Dallas, TX 75397-4587
15046505     +Property Info Corporation,   Bill Helmer, Esq,   2721 Division St,   Metairie, LA 70002-7007
15046506     +Property Insights,   1007 E Cooley Dr,   Colton, CA 92324-3901
15046507     +Quality Title Inc,   102 S Court,   Merrill, WI 54452-2514
15486587     +Quill,   c/o RMS Bankruptcy Recovery Services,   POB 5126,   Timonium, MD 21094-5126
15046508      Quill Corporation,   POB 37600,   Philadelphia, PA 19101-0600
15046512     +RCG Enterprises,   POB 934,   Appleton, WI 54912-0934
15046513      RDD Imaging Inc,   Michael P Edgerton Esq,   125 Wood Street, POB 218,
               West Chicago, IL 60186-0218
15046517     +RGB Construction Co,   25 N Brentwood Blvd,   Saint Louis, MO 63105-3709
15046520      RLJ Closing Services Inc,   2202 Wesley Ave,   Evanston, IL 60201-2648
15046510     +Ramada Ltd Sturtevant,   13350 Hospitality Ct,   Sturtevant, WI 53177
15046511      Ramquest Software Inc,   POB 974540,   Dallas, TX 75397-4540
15046514     +Real Central LLC,   235 Queen St,   Honolulu, HI 96813-4611
15046516     +Remax,   7528 W North Ave,   Elmwood Park, IL 60707-4141
14924368     +Residential Title Services,   1910 S. Highland Ave,   Suite 202,   Lombard, IL 60148-6163
15046518      Richard L Zaffiro,   4261 N 92nd St,   Wauwatosa,WI 53222-1617
15046519     +Riordian & Scully Insurance,   815 Commerce Dr, Ste 240,   Oak Brook, IL 60523-8728
15046936      Robert Reynolds,   9635 S Lawndale,   Evergreen Park, IL 60805-2906
15878154     +SUNTRUST MORTGAGE INC,   BANKRUPTCY DEPARTMENT RVW 3034,   P.O BOX 27767,
               RICHMOND VA 23261-7767
15046521     +Sawyer County Abstract & Title,   POB 3128,   Milwaukee, WI 53201-3128
15046522      Secure On-Site Shredding,   POB 357,   Dunedin, FL 34697-0357
15046523      Shell,   POB 9016,   Des Moines, IL 50368-9016
15046524      Shumaker Loop & Kendrick LLP,   POB 172609,   Tampa, FL 33672-0609
15046525      Signs By Tommorrow,   421 W 81st Ave,   Merrillville, IN 46410-5317
15046527     +St Louis County,   Attn Collector of Revenue,   41 S Central Ave,   Saint Louis, MO 63105-1719
15046940      State Farm Credit Union,   1 State Farm Place,   Bloomington, IL 61710-0001
```

```
District/off: 0752-1          User: ahamilton              Page 4 of 6                  Date Rcvd: Jun 17, 2011
                              Form ID: pdf006             Total Noticed: 263

14924369     +State Farm Insurance,    8651 W. Lincoln Hwy.,    Frankfort, IL 60423-9421
14924370     +State Farm Insurance Companies,    8651 W Lincoln Highway,    Franfort, IL 60423-9421
15046528     +Stelletto & Schwartz,    Attn David Allen,    120 N LaSalle St, 34th fl,    Chicago, IL 60602-2485
15046530     +Stewart Title Guaranty Co,    c/o M Catheryn Oakland,    330 Madison Ave, South, Ste 201,
               Bainbrdge Island, WA 98110-2544
15046529     +Stewart Title Guaranty Co - Claims,    1980 Post Oak Blvd,    Ste 800,    Houston, TX 77056-3826
15046655     +Stewart Title Guaranty Company,    c/o Michael Cohn/Awerbach & Choh,    2600 McCormick Dr, Ste 100,
               Clearwater, FL 33759-1029
14924371      Sun Trust Mortgage,    P.O. Box 26149,    Richmond, VA 23260-6149
15046656     +Sunshine Signing Connection,    8916 Chilton Dr,    Port Richey, FL 34668-5206
15046657     +T M Title Service Inc,    315 E LaSalle Ave,    Barron, WI 54812-1502
15046658     +T&G LLC,    POB 198,   Schereville, IN 46375-0198
15046660     +TG Express,    c/o Charles Price, Koshiba Agena,    1003 Bishop St, Ste 2600,
               Honolulu, HI 96813-6471
15046668     +TSI Title Services LLC,    220 W Washington St,    Ste H,    Lebanon, IN 46052-1690
15046669     +TTR Shipping,    1000 Campus Dr,    Stow, OH 44224-1763
15046659     +Taxes Unlimited Inc,    111 W Washington St, #1040,    Chicago, IL 60602-2741
15046661      The Times,    POB 644027,   Cincinnati, OH 45264-4027
15046662     +Those Girls Abstracting,    1817 Orange Blvd Way,    Palm Harbor, FL 34683-3550
15046664     +Title Marketing Co Inc,    4376 Westhampton Place Ct,    Saint Charles, MO 63304-8028
15045688     +Town of Grand Chute,    1900 Grand Chute Blvd,    Grands Chute, WI 54913-9613
15046666     +Transnations Title Ins Premium,    140 East Washington Street,    Indianapolis, IN 46204-3615
15046667      Travelers,    CL & Speciality Remittance Cntr,    Hartford, CT 06183-1008
15046670     +U-Haul Storage Park Street,    5200 Park Street,    Saint Petersburg, FL 33709-1012
15986342     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
15046673     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,     US Bancorp Center,    800 Nicollet Mall,
               Minneapolis, MN 55402)
15046674      US Express Leasing Inc,    Dept 1608,    Denver, CO 80291-1608
15046671     +United Parcel Services,    POB 7247-0244,    Philadelphia, PA 19170-0001
15046672     +Unlimited Graphix,    1343-1345 Lakeside Drive,    Romeoville, IL 60446-1047
14924372     +Village of Frankfort,    432 West Nebraska Street,    Frankfort, IL 60423-4001
14924373      Visa,    P.O. Box 4521,   Carol Stream, IL 60197-4521
15046678      Vitec Online,    POB 678287,    Dallas, TX 75267-8287
15046679     +WR Stewart & Associates SC,    330 E Wilson St,    Ste 100,    Madison, WI 53703-3991
15046681     +Water Boy Inc,    4454 19th Street Ct E,    Bradenton, FL 34203-3775
15046682     +Waushara Abstract Corp,    POB 427,    Wautoma, WI 54982-0427
15046683      Wells Print & Digital Services,    POB 1744,    Madison, WI 53701-1744
15046684      Whitnall-Summit Company LLC,    c/o David Wanta/Trapp & Hartman,    14380 West Capitol Dr, Ste 1,
               Brookfield, WI 53005-2392
15876146      Wisconsin Dept of Revenue,    Special Procedures Unit,    POB 8901,    Madison, WI 53708-8901
15045689      Wisconsin Dept of Revenue,    POB 93931,    Milwaukee, WI 53293-0931
15046685     +XO Comminications,    14239 Collections Center Dr,    Chicago, IL 60693-0142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: blyong@golanchristie.com Jun 17 2011 22:59:56     Barbara L Yong,
               Golan & Christie LLP,    70 W Madison   Suite 1500,   Chicago, IL 60602-4265
15045697     +E-mail/Text: cnagy@abs-wi.com Jun 17 2011 22:59:57     Accent Business Solutions Inc,    POB 1915,
               Appleton, WI 54912-1915
15045735      E-mail/Text: gore_da@co.brown.wi.us Jun 17 2011 22:59:55     Brown County Register Deeds,
               POB 23600,   Green Bay, WI 54305-3600
15045864     +E-mail/Text: citjaxbankruptcy@cit.com Jun 17 2011 22:57:30     CIT Technology Financing Services,
               4600 Touchton Rd,    E Bldg,   Jacksonville, FL 32246-8299
15045869      E-mail/Text: legalcollections@comed.com Jun 17 2011 22:58:49     COM ED,    Bill Payment Center,
               Chicago, IL 60668-0001
14924358      E-mail/Text: legalcollections@comed.com Jun 17 2011 22:58:49     Com Ed,    POB 6111,
               Carol Stream, IL 60197-6111
14924361      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 17 2011 23:55:59     Discover,    P.O. Box 30943,
               Salt Lake City, UT 84130
15045879     +E-mail/Text: tree-trace-legal.sna.ca@firstam.com Jun 17 2011 22:59:56     Data Tree,
               4 First American Way,    Santa Ana, CA 92707-5913
15045880      E-mail/Text: tree-trace-legal.sna.ca@firstam.com Jun 17 2011 22:59:56     Datatree,    POB 849710,
               Dallas, TX 75284-9710
15908125      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 17 2011 23:55:59     Discover Bank,
               Dfs Services LLC,    PO Box 3025,   New Albany, OH 43054-3025
15045894      E-mail/Text: bankruptcy@j2global.com Jun 17 2011 22:59:01     Efax Coporate,
               c/o j2 Global Communications,    POB 51873,   Los Angeles, CA 90051-6173
15045896      E-mail/Text: credit7@entergy.com Jun 17 2011 22:57:25     Entergy,    POB 8104,
               Baton Rouge, LA 70891-8104
15046161      E-mail/Text: aschoenauer@firstinsurancefunding.com Jun 17 2011 22:59:52
               First Insurance Funding Corp,    8078 Innovation Way,    Chicago, IL 60682-0080
15046167      E-mail/Text: bankruptcy@pb.com Jun 17 2011 22:58:49     Global Financial Services,    POB 856460,
               Louisville, KY 40285-6460
15045682      E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jun 17 2011 23:56:34     IN Dept of Revenue,
               POB 7221,   Indianapolis, IN 46207-7221
15045683     +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jun 17 2011 23:56:34     Indiana Dept of Revenue,
               POB 0595,   Indianapolis, IN 46206-0595
15046198     +E-mail/Text: jkottaras@yahoo.com Jun 17 2011 22:59:54     Law Offices of James Kottaras PC,
               180 W Washington, Ste 810,    Chicago, IL 60602-3581
```

```
District/off: 0752-1           User: ahamilton             Page 5 of 6               Date Rcvd: Jun 17, 2011
                               Form ID: pdf006            Total Noticed: 263

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15997559      +E-mail/Text: ecfnotices@dor.mo.gov Jun 17 2011 22:59:35     Missouri Department of Revenue,
               PO Box 475,   Jefferson City MO 65105-0475
15046488       E-mail/Text: bankrup@nicor.com Jun 17 2011 22:57:20     NICOR,   POB 416,   Aurora, IL 60568-0001
14924367       E-mail/Text: bankrup@nicor.com Jun 17 2011 22:57:20     Nicor Gas,   P.O. Box 2020,
               Aurora, IL 60507-2020
15046500       E-mail/Text: bankruptcy@pb.com Jun 17 2011 22:58:49     Postage By Phone Plus,   POB 856042,
               Louisville, KY 40285-6042
15046509       E-mail/Text: bklaw@qwest.com Jun 17 2011 22:58:54     Qwest,   Internet/Phone Ser (Bus Services),
               POB 856169,   Louisville, KY 40285-6169
15046526      +E-mail/Text: robertw@spectrumgroupllc.com Jun 17 2011 22:59:55     Spectrum Development Group LLC,
               Attn Robert C Westfall,   6526 River Parkway,   Milwaukee, WI 53213-3263
15786353      +E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Jun 17 2011 23:00:44
               State of Wisconsin,DWD-UI,   POB 8914,   Madison, WI 53708-8914
15046663       E-mail/Text: felicia.fandrey-dalton@twcable.com Jun 17 2011 22:59:27     Time Warner Cable,
               POB 3237,   Milwaukee, WI 53201-3237
15046665      +E-mail/Text: sbryce@munster.org Jun 17 2011 23:00:39     Town of Munster,   1005 Ridge Rd,
               Munster, IN 46321-1849
15046675       E-mail/PDF: bankruptcyverizoncom@afni.com Jun 17 2011 23:54:10     Verizon Florida Inc,
               POB 920041,   Dallas, TX 75392-0041
15046676       E-mail/PDF: bankruptcyverizoncom@afni.com Jun 17 2011 23:54:11     Verizon Online,   POB 12045,
               Trenton, NJ 08650-2045
15046677       E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 17 2011 23:54:11     Verizon Wireless,
               POB 25505,   Lehigh Valley, PA 18002-5505
15046680       E-mail/Text: walcord@co.walworth.wi.us Jun 17 2011 22:59:54     Walworth Co Register of Deeds,
               POB 995,   Elkhorn, WI 53121-0995
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15045675       City of Green Bay
15046515       Realty Data Corp,   900 Merchants Concourse,   Ste LL-13
aty*          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
15045887*     ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
              (address filed with court: Discover,   POB 30943,   Salt Lake City, UT 84130)
14958044*      Fifth Third Bank,   P.O. Box 829009,   Dallas, TX 75382-9009
14924364*     +Gina M. Carrara,   11278 Laura Lane,   Frankfort, IL 60423-8195
15045718      ##Atmos Energy,   POB 78108,   Phoenix, AZ 85062-8108
15045734      ##+BRB Abstracting Inc,   6412 S Howell Ave,   Oak Creek, WI 53154-1104
15045726      ##+Barbara Moon,   103 Jackson Ave South,   Jacksonville, FL 32220-2305
15045875      ##+Crossroads Courier,   132 Weldon Pkwy,   Maryland Heights, MO 63043-3102
15046157      ##+Fifth Third Bank,   222 S Riverside Plaza,   1MOC2A,   Chicago, IL 60606-5808
15046158      ##+Finstad Land & Spatial Survey,   4061 Bonita Beach Rd,   Ste 207,   Bonita Springs, FL 34134-4073
15046174      ##+Hal Systems Corp,   12750 Merit Dr #810,   Dallas, TX 75251-1242
15046182      ##+Jennifer Sederquist,   262 Castle Wynd Dr,   Loves Park, IL 61111-8915
15046184      ##+John Roger Cox, Atty,   6620 Woodlands Pkwy, Ste D,   The Woodlands, TX 77382-2415
14924366      ##+LandAmerica Finacial Group,   Attn: Jeff Vaughan,   5600 Cox Rd,   Glen Allen, VA 23060-9266
15046194      ##+LandAmerica Financial Group,   Attn Jeff Vaughan,   5600 Cox Road,   Glen Allen, VA 23060-9266
15046195      ##+LandAmerica Financial Group,   Attn Robert Gandhi,   5600 Cox Road,   Glen Allen, VA 23060-9266
15046481      ##+Metropolitan Title Data Inc,   155 Hanley Industrial Ct,   Brentwood, MO 63144-1516
15046489      ##+Noonan & Lieberman,   105 W Adam St, Ste 3000,   Chicago, IL 60603-6228
15046501      ##+Professional Communications Systems,   N83 W 13280 Leon Rd,   Menomonee Falls, WI 53051-3304
                                                                                   TOTALS: 2, * 4, ## 15

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: ahamilton            Page 6 of 6                Date Rcvd: Jun 17, 2011
                              Form ID: pdf006            Total Noticed: 263
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2011**            **Signature:** _Joseph Speetjens_