**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: CARRARA, BRIAN J., JR.　　　　　　　　　　　Case No. 10-00098
　　　　CARRARA, GINA M.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
_____,
　　　　　　　Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:　$530,125.00　　　　　　Assets Exempt:　$70,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,238.79　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $972,138.61

Total Expenses of Administration: $2,526.53

---

　　3) Total gross receipts of $  16,765.32  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  0.00  (see **Exhibit 2**), yielded net receipts of $16,765.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $274,713.89 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,526.53 | 2,526.53 | 2,526.53 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 84,070.80 | 79,487.51 | 14,238.79 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 907,658.74 | 906,889.89 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,268,969.96 | $988,903.93 | $16,765.32 |

4) This case was originally filed under Chapter 7 on January 04, 2010. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/09/2011           By: /s/BRADLEY J. WALLER
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | 16,761.00 |
| Interest Income | 1270-000 | 4.32 |
| **TOTAL GROSS RECEIPTS** | | **$16,765.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4300-000 | N/A | 38,579.54 | 0.00 | 0.00 |
| 14 | SUNTRUST MORTGAGE INC | 4300-000 | N/A | 236,134.35 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$274,713.89** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 2,426.53 | 2,426.53 | 2,426.53 |
| BRADLEY J. WALLER | 2200-000 | N/A | 100.00 | 100.00 | 100.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,526.53 | 2,526.53 | 2,526.53 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Internal Revenue Service | 5800-000 | N/A | 69,000.00 | 69,000.00 | 12,360.13 |
| 11P | Illinois Department of Revenue | 5800-000 | N/A | 4,822.51 | 4,822.51 | 863.87 |
| 12 | State of Wisconsin, DWD-UI | 5800-000 | N/A | 348.39 | 348.39 | 62.41 |
| 13P | Wisconsin Dept of Revenue | 5800-000 | N/A | 733.32 | 733.32 | 131.36 |
| 17P | Missouri Department of Revenue | 5800-000 | N/A | 4,583.29 | 0.00 | 0.00 |
| 17P-2 | Missouri Department of Revenue | 5800-000 | N/A | 4,583.29 | 4,583.29 | 821.02 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 84,070.80 | 79,487.51 | 14,238.79 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CIT Technology Financing Services Inc | 7100-000 | N/A | 1,900.40 | 1,900.40 | 0.00 |
| 3 | CIT Technology Financing Services Inc | 7100-000 | N/A | 2,955.04 | 2,955.04 | 0.00 |
| 4 | CIT Technology Financing Services Inc | 7100-000 | N/A | 5,046.60 | 5,046.60 | 0.00 |
| 5 | Quill | 7100-000 | N/A | 2,788.06 | 2,788.06 | 0.00 |
| 7 | Commonwealth Land Title Ins | 7100-000 | N/A | 173,258.01 | 173,258.01 | 0.00 |
| 8 | Fidelity Nat'l Title Insurance | 7100-000 | N/A | 248,025.11 | 248,025.11 | 0.00 |
| 9 | Spectrum Development Group LLC | 7100-000 | N/A | 4,999.99 | 4,999.99 | 0.00 |
| 10 | Unlimited Graphix | 7100-000 | N/A | 2,107.96 | 2,107.96 | 0.00 |
| 11U | Illinois Department of Revenue | 7100-000 | N/A | 767.51 | 767.51 | 0.00 |
| 13U | Wisconsin Dept of Revenue | 7100-000 | N/A | 642.85 | 642.85 | 0.00 |
| 15 | Discover Bank | 7100-000 | N/A | 19,320.10 | 19,320.10 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 16 | U.S. Bank N.A. | 7100-000 | N/A | 159.19 | 159.19 | 0.00 |
| 17U | Missouri Department of Revenue | 7100-000 | N/A | 768.85 | 0.00 | 0.00 |
| 17U-2 | Missouri Department of Revenue | 7100-000 | N/A | 768.85 | 768.85 | 0.00 |
| 18 | Bruce H Matson, LFG Trustee (LeClairRyan) | 7100-000 | N/A | 444,150.22 | 444,150.22 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 907,658.74 | 906,889.89 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-00098  
**Case Name:** CARRARA, BRIAN J., JR.  
CARRARA, GINA M.  
**Period Ending:** 09/09/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 01/04/10 (f)  
**§341(a) Meeting Date:** 03/11/10  
**Claims Bar Date:** 08/30/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 11278 Laura Lane, Frankfort, IL 60423 | 420,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Old Second | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Old Plank Trail (Ckg) | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Old Plank Trail (Sav) | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Credit Union (Visa) | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household Furniture | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Family Clothing | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term Life Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term Life Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401(K) | 33,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Residential Title (12% ownership) | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Harley Davidson Stock (1 Share) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 13 | '09 Pontiac G8 | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | '09 Ford Edge | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | '07 Harley Davidson VRod | 10,125.00 | 0.00 | DA | 0.00 | FA |
| 16 | Tax Refund (u) | 16,761.00 | 16,761.00 | | 16,761.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 4.32 | FA |
| 17 | Assets   Totals (Excluding unknown values) | **$546,886.00** | **$16,761.00** | | **$16,765.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 31, 2011       **Current Projected Date Of Final Report (TFR):**   June 27, 2011  (Actual)

Case 10-00098   Doc 70   Filed 09/15/11   Entered 09/15/11 08:28:38   Desc Main
Document      Page 7 of 8

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-00098  
**Case Name:** CARRARA, BRIAN J., JR.  
CARRARA, GINA M.  
**Taxpayer ID #:** **-***5192  
**Period Ending:** 09/09/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******96-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/24/10 | {16} | Brain J. Carrara, Jr. | Tax refund | 1224-000 | 2,915.00 | | 2,915.00 |
| 05/24/10 | {16} | Brian J. Carrara, Jr. | Tax refund | 1224-000 | 13,846.00 | | 16,761.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 16,761.22 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.96 | | 16,762.18 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.00 | | 16,763.18 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.99 | | 16,764.17 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,764.30 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,764.44 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,764.57 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,764.71 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,764.85 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 16,764.97 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,765.11 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,765.24 |
| 05/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.08 | | 16,765.32 |
| 05/19/11 | | To Account #9200******9666 | | 9999-000 | | 16,765.32 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,765.32 | 16,765.32 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 16,765.32 | |
| | | | **Subtotal** | | 16,765.32 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,765.32** | **$0.00** | |

{} Asset reference(s)

Printed: 09/09/2011 11:05 AM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-00098 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | CARRARA, BRIAN J., JR. | | Bank Name: | The Bank of New York Mellon |
| | CARRARA, GINA M. | | Account: | 9200-******96-66 - Checking Account |
| Taxpayer ID #: | **-***5192 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/09/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/19/11 | | From Account #9200******9665 | | 9999-000 | 16,765.32 | | 16,765.32 |
| 07/22/11 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $100.00, Trustee Expenses; Reference: | 2200-000 | | 100.00 | 16,665.32 |
| 07/22/11 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $2,426.53, Trustee Compensation; Reference: | 2100-000 | | 2,426.53 | 14,238.79 |
| 07/22/11 | 103 | Internal Revenue Service | Dividend paid 17.91% on $69,000.00; Claim# 6; Filed: $69,000.00; Reference: | 5800-000 | | 12,360.13 | 1,878.66 |
| 07/22/11 | 104 | Illinois Department of Revenue | Dividend paid 17.91% on $4,822.51; Claim# 11P; Filed: $4,822.51; Reference: | 5800-000 | | 863.87 | 1,014.79 |
| 07/22/11 | 105 | State of Wisconsin,DWD-UI | Dividend paid 17.91% on $348.39; Claim# 12; Filed: $348.39; Reference: | 5800-000 | | 62.41 | 952.38 |
| 07/22/11 | 106 | Wisconsin Dept of Revenue | Dividend paid 17.91% on $733.32; Claim# 13P; Filed: $733.32; Reference: | 5800-000 | | 131.36 | 821.02 |
| 07/22/11 | 107 | Missouri Department of Revenue | Dividend paid 17.91% on $4,583.29; Claim# 17P-2; Filed: $4,583.29; Reference: | 5800-000 | | 821.02 | 0.00 |
| | | | ACCOUNT TOTALS | | 16,765.32 | 16,765.32 | $0.00 |
| | | | Less: Bank Transfers | | 16,765.32 | 0.00 | |
| | | | Subtotal | | 0.00 | 16,765.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $16,765.32 | |

| Net Receipts : | 16,765.32 |
|---|---|
| Net Estate : | $16,765.32 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******96-65 | 16,765.32 | 0.00 | 0.00 |
| Checking # 9200-******96-66 | 0.00 | 16,765.32 | 0.00 |
| | $16,765.32 | $16,765.32 | $0.00 |

{} Asset reference(s)     Printed: 09/09/2011 11:05 AM   V.12.57